UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGENY VENTURES, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN UNION FINANCIAL SERVICES, INC., et al., a Colorado corporation, THE WESTERN UNION COMPANY, WESTERN UNION NETWORK (FRANCE) SAS, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV 09-06741 DMG VBKx<br><br>**JUDGMENT [JS6]** |

By written Order dated November 16, 2010 [Doc. #41], the Court granted Western Union Financial Services, Inc.'s Motion for Summary Judgment on all Plaintiff's claims against Western Union Financial Services, Inc. The Court previously dismissed Defendants The Western Union Company and Western Union Network (France) SAS with prejudice on stipulation of the parties [Doc. #34]. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment shall be entered in favor of Western Union Financial Services, Inc., on all Plaintiff's claims, *i.e.*, Plaintiff's claims for breach of contract, unjust enrichment and declaratory relief (Counts I through III of Plaintiff's Complaint).

2. The Court denies all relief requested by Plaintiff against all parties, and orders that Plaintiff take nothing by way of its Complaint.

DATED: November 23, 2010

_____
The Honorable Dolly M. Gee
United States District Judge